## WAIVER OF SERVICE OF SUMMONS

TO: Thomas A. Zimmerman, Jr.
Zimmerman Law Offices, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602

We acknowledge receipt of your request that we waive service of a summons in the action of *Robert O'Brien, et al. v. Pizza Paninos, Inc.*, which is case number 10 CV 2991 in the United States District Court for the Northern District of Illinois, Eastern Division. We have also received a copy of this complaint in the action, two copies of this instrument, and a means by which we can return the signed waiver to you without cost to me.

We agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that we be served with judicial process in the manner provided by Rule 4.

We will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

We understand that a judgment may be entered against us (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within sixty (60) days after July 8, 2010, or within ninety (90) days after that date if the request was sent outside the United States.

PIZZA PANINOS, INC.

By: _Leonardo V Rago_
signature

_Leonardo V Rago_
printed name

Its: _President_
official title

Signed this _22_ day of _July_, 2010.