IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT O'BRIEN and NICHOLAS MARTIN, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PIZZA PANINOS, INC. d/b/a PANINO'S PIZZERIA, an Illinois corporation, and DOES 1-10, <br><br> Defendant. | **FILED** <br> AUG 3 0 2010 <br> 8-30-2010 <br> JUDGE VIRGINIA M. KENDALL <br> U.S DISTRICT COURT <br><br> No. 10 cv 2991 <br><br> Judge Virginia Kendall <br><br> Magistrate Soat Brown |

## PLAINTIFFS' UNOPPOSED EMERGENCY MOTION TO SEAL DOCUMENTS

NOW COME Plaintiffs ROBERT O'BRIEN and NICHOLAS MARTIN, by and through counsel, and respectfully request the entry of an order sealing Exhibit A to Plaintiffs' Motion for Class Certification, as follows:

In this case, Plaintiffs allege that Defendant violated the Fair and Accurate Credit Transactions Act ("FACTA") amendment to the Fair Credit Reporting Act ("FCRA") by providing each Plaintiff with a computer-generated cash register receipt which displayed the last four digits of their credit card number as well as the card's expiration date.

On August 27, 2010, Plaintiffs filed their Motion for Class Certification. (See, Docket No. 16). As part of their Motion, Plaintiffs attached copies each of their receipts as Exhibit A. (See, Docket No. 16-1). However, when filing the receipts via the Court's CM/ECF system, Plaintiffs' counsel inadvertently attached unredacted copies of the receipts as Exhibit A, which display Plaintiffs' private information. The filing of the unredacted receipts was unintentional.

**Defendant's counsel has no objection to this motion.**

WHEREFORE, Plaintiffs request that the Court enter an order sealing Exhibit A to Plaintiffs' Motion for Class Certification, and for any other relief the Court deems just.

                ROBERT O'BRIEN and NICHOLAS MARTIN, individually, and on behalf of all others similarly situated,

By: _____
Thomas A. Zimmerman, Jr. (IL #6231944)
Adam M. Tamburelli (IL #6292017)
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
www.attorneyzim.com

Counsel for the Plaintiffs and Class

### CERTIFICATE OF SERVICE

Thomas A. Zimmerman, Jr., an attorney, hereby certifies that he caused the above and foregoing motion to be served upon the following parties via hand delivery prior to 4:30 p.m., on this day August 30, 2010.

Tresa Abraham
Courtroom Deputy for Judge Virginia Kendall
Room 2316-A
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Thomas B. Underwood
Mark J. Mickiewicz
Michael D. Sanders
Purcell & Wardrope, Chtd.
10 S. LaSalle Street, Suite 1200
Chicago, IL 60603

_____
Thomas A. Zimmerman, Jr.

2