4113 MJM; SI189

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT O'BRIEN and NICHOLAS MARTIN, Individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PIZZA PANINOS, INC. d/b/a PANINO'S PIZZERIA, an Illinois Corporation, and DOES 1-10, <br><br> Defendants. | No: 10 CV 2991 |

## STIPULATION FOR ENLARGEMENT OF TIME
## FOR DEFENDANTS TO RESPOND TO DISCOVERY REQUESTS

Defendants were served with Plaintiff's Requests for Admissions, Interrogatories, and Requests for the Production of Documents on September 8, 2010 such that their responses to the same are due by October 8, 2010. Counsel for the parties have agreed to an enlargement of time for Defendants to respond to the Plaintiff's Requests for Admissions, Interrogatories, and Requests for the Production of Documents, and the parties hereby stipulate to an enlargement of time to October 20, 2010 for Defendants to respond to said discovery requests.

WHEREFORE, the parties request that the Court enter an order granting Defendants an enlargement of time to October 20, 2010 to respond to the Plaintiff's Requests for Admissions, Interrogatories, and Requests for the Production of Documents.

                                                  Plaintiffs ROBERT O'BRIEN and NICHOLAS MARTIN, individually, and on behalf of all others similarly situated,

                                                  By:    /s/ Thomas A. Zimmerman
                                                             Thomas A. Zimmerman, Jr.

Zimmerman and Associates, P.C.
100 West Monroe, Suite 1300
Chicago, Illinois 60603
(312) 440-0020
Attorney No. 6231944

Counsel for Plaintiff and the Class

Defendant PIZZA PANINOS, INC. d/b/a PANINO'S PIZZERIA,

By:     /s/ Mark J. Mickiewicz
Mark J Mickiewicz
PURCELL & WARDROPE, CHTD.
10 S. LaSalle St., Ste. 1200
Chicago, IL 60603
(312) 427-3900
Attorney No. 6280623

Counsel for Defendants

2