4113 MJM; SI189

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT O'BRIEN and NICHOLAS MARTIN, Individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PIZZA PANINOS, INC. d/b/a PANINO'S PIZZERIA, an Illinois Corporation, and DOES 1-10,<br><br>　　　　Defendants. | No: 10 CV 2991 |

## NOTICE OF MOTION

TO:　Thomas A. Zimmerman, Jr.
　　　Adam Tamburelli
　　　ZIMMERMAN LAW OFFICES, P.C.
　　　100 W. Monroe St., Suite 1300
　　　Chicago, IL 60603

**YOU ARE HEREBY NOTIFIED** that on **May 13, 2011** at **9:45 a.m.**, we shall appear before the Honorable Geraldine Soat Brown in **Room 1812** at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **THE PARTIES JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND NOTICE TO THE CLASS**, a copy of which was previously served upon you electronically.

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Mark J. Mickiewicz
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**PURCELL & WARDROPE, CHTD.**
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
Tel: (312) 427-3900
Fax: (312) 427-3944
F:\MJM\4113 O'Brien\Pleadings\NOM002.doc

## AFFIDAVIT OF MAILING

I, Sarah N. Johnson, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing Notice of Motion and Documents referenced to all attorneys of record, at their listed addresses, on **May 9, 2011**.

/s/ Sarah N. Johnson

**THIS DOCUMENT HAS BEEN ELECTRONICALLY SERVED UPON:**
Thomas A. Zimmerman, Jr.
Adam Tamburelli
ZIMMERMAN LAW OFFICES, P.C.
100 W. Monroe St., Suite 1300
Chicago, IL 60603

**THIS DOCUMENT HAS BEEN MANUALLY SERVED UPON:**

SUBSCRIBED AND SWORN to before

me this 9th day of May, 2011.

/s/ Josefina Rojas
Notary Public

"OFFICIAL SEAL"
Josefina Rojas
Notary Public, State of Illinois
My Commission Expires June 6, 2011