**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROBERT O'BRIEN and NICHOLAS MARTIN, Individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PIZZA PANINOS, INC. d/b/a PANINO'S PIZZERIA, an Illinois Corporation, and DOES 1-10,<br><br>    Defendants. | No: 10 CV 2991 |

**AFFIDAVIT OF THOMAS A. ZIMMERMAN, JR. IN SUPPORT OF
CLASS COUNSEL'S PETITION FOR AN
AWARD OF ATTORNEY'S FEES AND EXPENSES**

I, THOMAS A. ZIMMERMAN, JR., hereby certify and state as follows:

1. I am currently a member of the Zimmerman Law Offices, P.C., counsel for the plaintiffs' class in this action. I submit this affidavit in support of the plaintiffs' petition for an award of attorney's fees and expenses in connection with the services rendered to the plaintiffs and the Class in this action.

2. My firm's compensation for the services it has rendered in this action is wholly contingent. Any fees and reimbursement of expenses will be limited to such amounts as may be awarded by the Court.

3. In connection with the prosecution of this action my law firm served as counsel for the plaintiffs' Class. In that capacity, my firm (a) drafted a Complaint and an Amended Complaint; (b) drafted and filed a Motion for Class Certification and Memorandum of Law in Support of its Motion for Class Certification, (c) reviewed and analyzed Defendant's response to the Motion for

Class Certification; (d) obtained the entry of a protective order, (e) engaged in discovery with the Defendant, (f) issued subpoenas to Defendant's credit card processors for third-party discovery, (g) conducted an investigation relating to the claims and the underlying events and transactions alleged in the Complaint (h) analyzed the evidence and researched the applicable law with respect to the claims of Plaintiffs and the Class against Defendant and the potential defenses thereto, (i) conducted several months of discussions and arms-length negotiations with Defendant's Counsel with respect to a compromise and settlement of the Lawsuit, (j) participated in a settlement conference with the Court where the final settlement terms were reached, (k) jointly drafted the motion for preliminary approval, supporting memorandum of law, class notice, and preliminary approval order, and (l) jointly drafted the joint motion for final approval, and final judgment.

  4. My qualifications are set forth in the resume attached hereto.

  5. My firm spent a total of 148.25 hours on this litigation, from March 19, 2010 through August 8, 2011. The total lodestar amount for that time at current rates is $69,848.75. This information was prepared under my direction from contemporaneous time records maintained by my firm, and does not include any time for preparation of this fee petition.

  6. My firm also expended a total of $1,066.65 in unreimbursed expenses in connection with the prosecution of this litigation. These expenses are broken down as follows:

| **EXPENSES** | |
|---|---:|
| Court Fees | $441.40 |
| Subpoena Fees | $80.00 |
| Photocopies | $545.25 |
| **TOTAL** | **$1,066.65** |

  7. The detailed time and expense entries are attached hereto.

8. The time and expenses incurred pertaining to this case are reflected in the books and records of my firm. These books and records are prepared from expense vouchers and check records and are an accurate record of the expenses incurred.

           s/ Thomas A. Zimmerman, Jr.
           Thomas A. Zimmerman, Jr.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. Executed on August 9, 2011.

## THOMAS A. ZIMMERMAN, JR.

Mr. Zimmerman practices extensively in class action, corporate, commercial, medical malpractice, consumer fraud, general civil, product liability, toxic tort and other complex litigation where he has obtained multi-million dollar jury verdicts.  Mr. Zimmerman represents both plaintiffs and defendants in state and federal trial and appellate courts in various states nationwide.  He also represents individuals and corporations in transactional matters, and before state and federal administrative and regulatory agencies.

In 2000, he was voted one of the *Top 40 Illinois Attorneys Under the Age of 40*.  This is especially notable, as there are approximately 60,000 attorneys under the age of forty in Illinois.

In 2003, the Illinois Supreme Court appointed Mr. Zimmerman to the Review Board of the Attorney Registration and Disciplinary Commission.  In that capacity, he presides over appeals by attorneys who have been found to have committed misconduct, and imposes discipline for their ethical violations.

The Illinois Governor appointed Mr. Zimmerman to the Illinois Courts Commission.  A Commission member presides over proceedings wherein judges are charged with committing ethical violations, and imposes discipline on judges who are found to have engaged in misconduct.

Mr. Zimmerman is admitted to practice law in Illinois, and other states on a case-by-case basis, and he is admitted to practice before the U.S. Supreme Court, federal district courts and federal court of appeals.  Based on his demonstrated experience and ability, he was appointed to the federal court trial bar.

Prior to becoming an attorney, Mr. Zimmerman worked for AT&T where he negotiated partnerships with companies for domestic and international joint-venture and new product development activities.  During this time, he was the featured speaker at 400 conferences, seminars and presentations.  Thereafter, he presented oral testimony at various Federal Senate and Congressional hearings.

He earned a B.S. in computer science-mathematics from the University of Illinois, and an M.B.A. in finance from DePaul University in the evenings while working for AT&T.

After leaving AT&T, Mr. Zimmerman earned his law degree from the Chicago-Kent College of Law, where he was a Ramsey-Burke Scholarship recipient.  In law school, he earned the Academic Achievement Award based upon his outstanding grades.

Mr. Zimmerman has been lead counsel in national and state-wide class action litigation, and has handled other multi-party litigation involving such companies as MCI/Worldcom, United Airlines, People's Gas, AT&T, Warner-Lambert, Pfizer, DaimlerChrysler, Commonwealth Edison, Ameritech, Bridgestone/Firestone, as well as others.  He has earned high regard in his representation of physicians, dentists, nurses, psychologists, veterinarians, and many other licensed professionals before the Illinois Department of Financial and Professional Regulation, the U.S. Department of Health and Human Services, and other state and federal agencies.

Mr. Zimmerman is currently the chair of the Clerk of the Circuit Court of Cook County Attorney Advisory Committee, and he was the co-chair of the Clerk of the Circuit Court Transition and Strategic Planning Public Policy Subcommittee.  Mr. Zimmerman is a member of the Illinois State Bar, Chicago Bar, and Illinois Trial Lawyers Associations, where he serves on various committees.  He is also a member of the American Association for Justice.  In 2000, he was appointed to the Illinois Trial Lawyers Association Board of Advocates.

He is also involved in numerous community service activities.  Since 1988, Mr. Zimmerman has been an Illinois State Board of Education surrogate parent of disabled children; he was a speaker on the rights of disabled people for the Illinois Planning Council on Developmental Disabilities; and he was a Family Shelter Service counselor to battered children for many years.  He also was recognized by the federal court for his representation of indigent clients free of charge on *pro bono* cases.

# ZIMMERMAN LAW OFFICES, P.C.

77 West Washington Street
Suite 1220
Chicago, Illinois 60602
Telephone (312) 440-0020
Facsimile (312) 440-4180
www.attorneyzim.com

August 9, 2011

Panino's FACTA Class Action

In Reference To: Robert O'Brien, et al. v. Panino's, Inc.
Court No. 10 CV 2991

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/19/2010 | TAZ | Review receipt from client. | 0.25 | 125.00 |
|  | TAZ | Conference with client regarding case. | 0.50 | 250.00 |
| 3/22/2010 | TAZ | Research corporate and registered agent information for defendant. | 1.25 | 748.75 |
| 3/23/2010 | TAZ | Review law regarding FACTA and Clarification Act. | 1.50 | 750.00 |
| 3/29/2010 | TAZ | Draft complaint. | 1.25 | 625.00 |
| 4/13/2010 | TAZ | Revise complaint. | 0.25 | 125.00 |
| 4/19/2010 | TAZ | Draft summons for defendant. | 0.25 | 125.00 |
|  | TAZ | Draft Appearance of counsel for T. A. Zimmerman. | 0.25 | 125.00 |
|  | TAZ | Draft Appearance of counsel for A. M. Tamburelli. | 0.25 | 125.00 |
| 4/23/2010 | TAZ | Conference with client regarding complaint. | 0.50 | 250.00 |
| 4/28/2010 | TAZ | Draft Civil Cover Sheet | 0.25 | 125.00 |
| 5/13/2010 | TAZ | Review law regarding FACTA and Clarification Act. | 0.75 | 375.00 |
| 5/14/2010 | TAZ | Electronically file Complaint, Appearances and Civil Cover Sheet. | 0.50 | 250.00 |
|  | TAZ | Draft e-mail to clerk, and send summons to issue. | 0.25 | 125.00 |

Panino's FACTA Class Action                                                                                                Page    2

|           |     |                                                                                                       | Hours | Amount   |
|-----------|-----|-------------------------------------------------------------------------------------------------------|-------|----------|
| 5/14/2010 | TAZ | Review summons issued by Clerk of the Court.                                                          | 0.25  | 125.00   |
|           | TAZ | Draft letter to process server, and send Summons and Complaint to her to serve on Defendant.          | 0.25  | 125.00   |
|           | TAZ | Draft letter to client, and send file-stamped copy of Complaint to him.                               | 0.25  | 125.00   |
| 5/24/2010 | TAZ | Review Court Order.                                                                                   | 0.25  | 125.00   |
| 6/17/2010 | TAZ | Telephone conference with counsel for defendants regarding an extension of time to answer the Complaint. | 0.25 | 125.00  |
|           | TAZ | Review e-mail from defendant's counsel regarding proper defendants.                                   | 0.25  | 125.00   |
| 7/7/2010  | TAZ | Draft amended complaint.                                                                              | 0.50  | 250.00   |
| 7/8/2010  | TAZ | Draft waiver of service of summons.                                                                   | 0.50  | 250.00   |
|           | TAZ | Draft notice of lawsuit and request for waiver of service of summons.                                 | 0.75  | 375.00   |
|           | TAZ | Electronically file amended complaint.                                                                | 0.25  | 125.00   |
|           | TAZ | Draft and review e-mails to and from defendant's counsel regarding amended complaint.                 | 0.25  | 125.00   |
| 7/9/2010  | TAZ | Draft letter to defendant's counsel, and send amended complaint and waiver of service of summons to him. | 0.25 | 125.00 |
| 8/16/2010 | TAZ | Review waiver of service of summons signed by defendant.                                              | 0.25  | 125.00   |
|           | TAZ | Telephone conference with defendant's counsel regarding case.                                         | 0.25  | 125.00   |
|           | TAZ | Electronically file waiver of service of summons signed by defendant.                                 | 0.25  | 125.00   |
|           | TAZ | Revise motion for class certification.                                                                | 0.50  | 250.00   |
|           | TAZ | Review law relating to class certification in FACTA cases.                                            | 2.25  | 1,125.00 |
| 8/18/2010 | TAZ | Review court order.                                                                                   | 0.25  | 125.00   |
|           | TAZ | Review judge's standing order regarding initial status report.                                        | 0.25  | 125.00   |
| 8/19/2010 | TAZ | Revise joint initial status report.                                                                   | 0.50  | 250.00   |
|           | TAZ | Send draft initial status report to opposing counsel.                                                 | 0.25  | 125.00   |
|           | TAZ | Telephone conference with defendant's counsel regarding initial status report.                        | 0.25  | 125.00   |
|           | TAZ | Review law relating to class certification in FACTA cases.                                            | 0.75  | 375.00   |

Panino's FACTA Class Action                                                                           Page    3

|            |     |                                                                                                              | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------|-------|----------|
| 8/19/2010  | AMT | Draft initial status report.                                                                                 | 0.75  | 300.00   |
| 8/20/2010  | TAZ | Review appearances of counsel for defendant.                                                                 | 0.25  | 125.00   |
|            | TAZ | Revise memorandum of law in support of motion for class certification.                                       | 2.50  | 1,250.00 |
|            | TAZ | Review and analyze defendant's answer to the complaint.                                                      | 0.50  | 250.00   |
| 8/23/2010  | TAZ | Revise memorandum of law in support of motion for class certification.                                       | 0.75  | 375.00   |
| 8/24/2010  | TAZ | Revise motion for class certification.                                                                       | 0.75  | 375.00   |
| 8/25/2010  | TAZ | Court appearance for initial status hearing.                                                                 | 1.00  | 500.00   |
|            | TAZ | Review Court Order.                                                                                          | 0.25  | 125.00   |
| 8/26/2010  | TAZ | Revise memorandum of law in support of motion for class certification.                                       | 1.25  | 625.00   |
| 8/27/2010  | AMT | Review and revise motion for class certification.                                                            | 1.00  | 400.00   |
|            | TAZ | Electronically file motion to certify class and supporting memorandum of law.                                | 0.25  | 125.00   |
| 8/30/2010  | TAZ | Review court order.                                                                                          | 0.25  | 125.00   |
|            | TAZ | Revise emergency motion to seal documents.                                                                   | 0.25  | 125.00   |
|            | TAZ | Draft letter to judge, and deliver courtesy copy of motion for class certification and e-motion to seal documents to her. | 0.50  | 250.00   |
|            | AMT | Draft motion to seal documents.                                                                              | 0.75  | 300.00   |
|            | TAZ | Draft letter to judge, and delivery courtesy copy of motion to seal documents to her.                        | 0.50  | 250.00   |
| 9/1/2010   | TAZ | Revise motion to seal document.                                                                              | 0.25  | 125.00   |
|            | TAZ | Electronically file motion to seal document.                                                                 | 0.25  | 125.00   |
| 9/2/2010   | TAZ | Telephone conference with judge's clerk regarding motion to seal documents.                                  | 0.25  | 125.00   |
|            | TAZ | Review Court Order.                                                                                          | 0.25  | 125.00   |
| 9/3/2010   | TAZ | Telephone conference with Defendant's counsel regarding number of transactions.                              | 0.25  | 125.00   |
|            | TAZ | Draft letter to judge, and deliver courtesy copy of motion to her.                                           | 0.50  | 250.00   |
|            | TAZ | Draft motion to file documents under seal.                                                                   | 0.50  | 250.00   |

Panino's FACTA Class Action                                                                                       Page    4

|           |     |                                                                                                                                       | Hours | Amount   |
|-----------|-----|---------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 9/3/2010  | TAZ | Draft notice of motion.                                                                                                               | 0.25  | 125.00   |
|           | TAZ | Electronically file motion to file documents under seal.                                                                              | 0.25  | 125.00   |
| 9/6/2010  | TAZ | Draft requests to admit, interrogatories, and requests to produce documents to Defendant.                                             | 1.25  | 625.00   |
| 9/8/2010  | TAZ | Revise request to admit, interrogatories, and requests to produce documents to Defendant.                                             | 0.50  | 250.00   |
| 9/9/2010  | AMT | Court appearance regarding motion for leave to file under seal.                                                                       | 1.00  | 400.00   |
|           | TAZ | Review Court Order.                                                                                                                   | 0.25  | 125.00   |
| 9/11/2010 | TAZ | Review and analyze Defendant's response to Plaintiff's motion for class certification.                                                | 2.25  | 1,125.00 |
| 9/12/2010 | TAZ | Review law cited in Defendant's response to Plaintiff's motion for class certification.                                               | 1.75  | 875.00   |
| 9/20/2010 | AMT | Draft motion to suspend briefing.                                                                                                     | 1.75  | 700.00   |
|           | TAZ | Draft notice of filing.                                                                                                               | 0.25  | 125.00   |
|           | TAZ | Electronically file redacted receipts.                                                                                                | 0.25  | 125.00   |
|           | TAZ | Revise motion to suspend briefing schedule on motion for class certification.                                                         | 0.50  | 250.00   |
|           | TAZ | Draft notice of motion.                                                                                                               | 0.25  | 125.00   |
|           | TAZ | Electronically file motion to suspend briefing schedule on motion for class certification.                                            | 0.25  | 125.00   |
|           | TAZ | Draft letter to judge, and delivery courtesy copy of redacted receipts and motion to suspend briefing schedule on motion for class certification to her. | 0.50  | 250.00   |
| 9/28/2010 | TAZ | Court appearance for presentation of our motion to defer briefing.                                                                    | 1.00  | 500.00   |
|           | TAZ | Review Court Order.                                                                                                                   | 0.25  | 125.00   |
| 10/4/2010 | TAZ | Telephone conference with counsel for defendants regarding an extension of time for defendants to respond to discovery.               | 0.25  | 125.00   |
|           | TAZ | Review stipulation for enlargement of time for defendant to respond to discovery.                                                     | 0.25  | 125.00   |
|           | TAZ | Draft e-mail to defendant's counsel regarding stipulation for enlargement of time for defendant to respond to discovery.              | 0.25  | 125.00   |

Panino's FACTA Class Action                                                                                        Page    5

|  |  |  | | Hours | Amount |
|---|---|---|---|---:|---:|
| 10/25/2010 | TAZ | Review and analyze defendant's answers to plaintiff's first discovery requests. | | 1.75 | 875.00 |
| 10/26/2010 | AMT | Review and analyze defendant's response to our discovery requests. | | 1.25 | 500.00 |
|  | AMT | Draft Local Rule 37.2 letter to defendant. | | 0.75 | 300.00 |
|  | AMT | Draft subpoena and rider to SpeedLine Solutions. | | 0.50 | 200.00 |
|  | AMT | Draft subpoena and rider to TransOne Merchant Services. | | 0.50 | 200.00 |
| 10/27/2010 | AMT | Telephone conference with judge's clerk regarding canceled court date. | | 0.25 | 100.00 |
|  | TAZ | Review court order. | | 0.25 | 125.00 |
| 10/28/2010 | TAZ | Revise subpoena to Speedline Solutions, and rider thereto. | | 0.25 | 125.00 |
|  | TAZ | Revise subpoena to TransOne Merchant Services, and rider thereto. | | 0.25 | 125.00 |
|  | TAZ | Revise Rule 37.2 letter. | | 0.75 | 375.00 |
|  | TAZ | Review e-mail from defendant's attorney regarding discovery. | | 0.25 | 125.00 |
|  | TAZ | Revise subpoena to Speedline Solutions, and rider thereto. | | 0.25 | 125.00 |
| 11/1/2010 | AMT | Court appearance for status hearing. | | 1.00 | 400.00 |
|  | TAZ | Review Court Order. | | 0.25 | 125.00 |
| 11/3/2010 | TAZ | Review court order. | | 0.25 | 125.00 |
| 11/9/2010 | TAZ | Review law relating to insurance coverage for defendant's insurance policies. | | 3.25 | 1,625.00 |
|  | TAZ | Review and analyze defendant's insurance policies and contract with Speedline Solutions. | | 2.75 | 1,375.00 |
|  | AMT | Review and revise defendant's discovery responses. | | 1.75 | 700.00 |
|  | AMT | Research insurance coverage cases and analyze insurance policy to nationwide decisions. | | 4.25 | 1,700.00 |
| 12/1/2010 | TAZ | Review Court Order. | | 0.25 | 125.00 |
| 12/6/2010 | TAZ | Review letter from defendant's counsel regarding number of credit card transactions. | | 0.25 | 125.00 |
|  | TAZ | Draft letter to defendant's counsel regarding documents. | | 0.25 | 125.00 |
| 12/16/2010 | TAZ | Court appearance for status. | | 1.00 | 500.00 |

Panino's FACTA Class Action                                                                                      Page    6

|              |     |                                                                                                | Hours | Amount   |
|--------------|-----|------------------------------------------------------------------------------------------------|-------|----------|
| 12/17/2010   | AMT | Review Court Order.                                                                            | 0.25  | 100.00   |
| 12/21/2010   | TAZ | Review and analyze draft protective order.                                                     | 0.50  | 250.00   |
|              | TAZ | Review and analyze Illinois Casualty insurance policy.                                         | 1.75  | 875.00   |
|              | TAZ | Telephone call with defendant's counsel regarding insurance coverage.                          | 0.25  | 125.00   |
|              | TAZ | Draft e-mail to defense counsel regarding draft protective order.                              | 0.25  | 125.00   |
| 12/22/2010   | AMT | Review court order setting matter for status with Magistrate.                                  | 0.25  | 100.00   |
| 12/29/2010   | TAZ | Review protective order entered by the court.                                                  | 0.25  | 125.00   |
| 1/12/2011    | TAZ | Review Court Order.                                                                            | 0.25  | 125.00   |
|              | TAZ | Review and analyze defendant's monthly credit card statements.                                 | 1.75  | 875.00   |
|              | AMT | Attend court regarding initial status before Magistrate Judge.                                 | 1.00  | 400.00   |
| 1/13/2011    | TAZ | Create spreadsheet analysis of defendant's credit card transactions.                           | 2.50  | 1,250.00 |
|              | AMT | Telephone call with plaintiff regarding settlement conference.                                 | 0.25  | 100.00   |
| 1/14/2011    | TAZ | Review court order.                                                                            | 0.25  | 125.00   |
|              | TAZ | Review and analyze insurance coverage issues in FACTA cases nationwide.                        | 6.25  | 3,125.00 |
|              | AMT | Draft e-mail to client regarding re-set settlement conference (O'Brien).                       | 0.25  | 100.00   |
|              | AMT | Draft e-mail to client regarding re-set settlement conference (Martin).                        | 0.25  | 100.00   |
|              | AMT | Telephone call with judge and opposing counsel regarding rescheduling settlement conference.   | 0.25  | 100.00   |
| 1/20/2011    | AMT | Draft letter to defendant's counsel regarding settlement conference.                           | 0.25  | 100.00   |
|              | TAZ | Draft and review e-mails to and from defendant's counsel regarding needed documents.           | 0.25  | 125.00   |
| 1/27/2011    | AMT | Telephone call with defendant's counsel regarding documents needed.                            | 0.25  | 100.00   |
| 2/3/2011     | AMT | Review e-mail from counsel.                                                                    | 0.25  | 100.00   |
|              | AMT | Draft settlement demand.                                                                       | 0.75  | 300.00   |
|              | AMT | Telephone conference with defendant's counsel regarding documents needed for settlement demand preparation. | 0.25  | 100.00   |

Panino's FACTA Class Action                                                                                          Page    7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/4/2011 | TAZ | Electronically file motion for extension of time to submit settlement demand. | 0.25 | 125.00 |
|  | TAZ | Revise motion for extension of time to tender settlement demand. | 0.25 | 125.00 |
|  | AMT | Draft motion for extension of settlement demand date. | 0.50 | 200.00 |
|  | AMT | Telephone conference with defendant's counsel regarding documents to be produced. | 0.25 | 100.00 |
| 2/9/2011 | AMT | Draft and review e-mails to and from defendant's counsel. | 0.25 | 100.00 |
|  | AMT | Review defendant's 2008 and 2009 tax returns. | 0.50 | 200.00 |
| 2/10/2011 | TAZ | Review and analyze defendant's income tax returns. | 0.50 | 250.00 |
|  | TAZ | Revise settlement demand letter. | 1.25 | 625.00 |
|  | TAZ | Draft e-mail to defendant's counsel regarding income tax returns. | 0.25 | 125.00 |
|  | TAZ | Conference with client regarding settlement demand. | 0.50 | 250.00 |
| 2/11/2011 | TAZ | Create spreadsheet analysis of settlement demand and class relief. | 0.75 | 375.00 |
|  | TAZ | Revise settlement demand letter to defendant. | 1.25 | 625.00 |
|  | TAZ | Draft e-mail to defendant's counsel, and send settlement demand to him. | 0.25 | 125.00 |
|  | TAZ | Draft e-mails to clients, and send settlement demand to them. | 0.25 | 125.00 |
| 2/16/2011 | AMT | Telephone conference with defendant's counsel regarding settlement demand. | 0.25 | 100.00 |
|  | AMT | Review e-mail from defendant's counsel regarding settlement demand. | 0.25 | 100.00 |
|  | AMT | Review e-mail from client. | 0.25 | 100.00 |
| 2/17/2011 | TAZ | Review e-mail from defendant's attorney regarding extension of time. | 0.25 | 125.00 |
| 2/25/2011 | AMT | Review defendant's settlement demand. | 0.50 | 200.00 |
|  | TAZ | Review court orders resetting status dates. | 0.25 | 125.00 |
| 2/26/2011 | TAZ | Review and analyze defendant's settlement offer. | 0.50 | 250.00 |
| 3/4/2011 | TAZ | Draft letter to judge, and deliver settlement letters to her. | 0.50 | 250.00 |
|  | TAZ | Telephone conference with judge's clerk regarding status date. | 0.25 | 125.00 |
|  | TAZ | Draft e-mail to opposing counsel regarding status date. | 0.25 | 125.00 |

Panino's FACTA Class Action                                                                                   Page     8

|            |     |                                                                                              | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------|-------|----------|
| 3/4/2011   | AMT | Review Court Order.                                                                          | 0.25  | 100.00   |
| 3/14/2011  | TAZ | Telephone conference with plaintiff to prepare for pre-trial conference.                     | 0.50  | 250.00   |
|            | AMT | Telephone conference with clients regarding settlement conference.                           | 0.25  | 100.00   |
|            | AMT | Telephone conference with judge's clerk regarding excused absence of plaintiff.              | 0.25  | 100.00   |
|            | AMT | Draft and review e-mails to and from defendant's counsel regarding excused absence of plaintiff. | 0.25 | 100.00 |
| 3/15/2011  | TAZ | Attend pre-trial settlement conference at court.                                             | 3.75  | 1,875.00 |
|            | AMT | Prepare for and attend settlement conference.                                                | 4.50  | 1,800.00 |
| 3/16/2011  | TAZ | Review court order.                                                                          | 0.25  | 125.00   |
|            | AMT | Telephone conference from court deputy regarding consent to jurisdiction.                    | 0.25  | 100.00   |
| 3/17/2011  | TAZ | Review filed copy of consent of magistrate judge.                                            | 0.25  | 125.00   |
|            | AMT | Review court order regarding Magistrate consent.                                             | 0.25  | 100.00   |
| 3/28/2011  | AMT | Review e-mail from court regarding consent to magistrate.                                    | 0.25  | 100.00   |
|            | AMT | Draft notice of voluntary dismissal for Does 1-10.                                           | 0.25  | 100.00   |
|            | TAZ | Review e-mail from judge's clerk regarding Does 1-10.                                        | 0.25  | 100.00   |
| 4/1/2011   | TAZ | Review Court Order regarding Does 1-10.                                                      | 0.25  | 125.00   |
| 4/4/2011   | AMT | Draft e-mail to Clerk regarding Court Order dismissing Does 1-10.                            | 0.25  | 100.00   |
| 4/6/2011   | TAZ | Review Executive Committee Order reassigning the case to a magistrate.                       | 0.25  | 125.00   |
| 4/8/2011   | TAZ | Review Court Order assigning the case to the Magistrate for all purposes.                    | 0.25  | 125.00   |
| 4/11/2011  | AMT | Review Court Order.                                                                          | 0.25  | 100.00   |
| 4/21/2011  | AMT | Draft and review e-mails to and from defendant's counsel regarding motion for preliminary approval. | 0.25 | 100.00 |
| 4/22/2011  | AMT | Review and respond to e-mail from client.                                                    | 0.25  | 100.00   |
|            | AMT | Draft and review e-mails to and from defendant's counsel.                                    | 0.25  | 100.00   |
| 4/24/2011  | TAZ | Review law regarding preliminary approval of class settlement.                               | 1.25  | 625.00   |

Panino's FACTA Class Action　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page　9

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/25/2011 | TAZ | Review and revise settlement agreement. | 2.50 | 1,000.00 |
|  | TAZ | Review and revise motion for preliminary approval. | 1.75 | 700.00 |
|  | TAZ | Review and revise notice for Chicago Tribune. | 0.50 | 200.00 |
|  | TAZ | Telephone conferences with clients regarding settlement. | 0.50 | 250.00 |
|  | AMT | Review e-mail from defendant's counsel. | 0.25 | 100.00 |
|  | AMT | Review settlement documents. | 1.00 | 400.00 |
| 4/26/2011 | TAZ | Review FACTA class settlements nationwide. | 2.50 | 1,250.00 |
|  | TAZ | Revise declaration of Thomas A. Zimmerman, Jr. in support of motion for preliminary approval. | 1.25 | 625.00 |
|  | AMT | Draft memorandum in support of motion for preliminary approval. | 1.00 | 400.00 |
|  | AMT | Draft affidavit regarding memorandum in support of motion for preliminary approval. | 0.50 | 200.00 |
|  | AMT | Draft and review e-mails to and from defendant's counsel regarding settlement documents. | 0.25 | 100.00 |
|  | AMT | Review e-mail from defendant's counsel. | 0.25 | 100.00 |
| 4/27/2011 | TAZ | Revise memorandum of law in support of motion for preliminary approval of settlement. | 3.50 | 1,750.00 |
|  | TAZ | Telephone conference with defendant's attorney regarding settlement documents. | 0.25 | 125.00 |
|  | TAZ | Draft e-mail to defendant's attorney, and send revised settlement documents to him. | 0.25 | 125.00 |
| 4/28/2011 | TAZ | Revise settlement agreement and preliminary approval motion and memorandum of law. | 0.75 | 375.00 |
|  | TAZ | Draft e-mails to clients, and send settlement papers to them. | 0.25 | 125.00 |
|  | TAZ | Revise full notice. | 0.50 | 250.00 |
|  | TAZ | Revise summary notice. | 0.25 | 125.00 |
|  | TAZ | Revise preliminary approval order. | 0.50 | 250.00 |
|  | TAZ | Revise final approval order. | 0.25 | 125.00 |
|  | TAZ | Revise Judgment. | 0.50 | 250.00 |

Panino's FACTA Class Action                                                              Page 10

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/28/2011 | TAZ | Draft e-mail to defendant's counsel, and send revised settlement documents to him. | 0.25 | 125.00 |
| | AMT | Review defendant's counsel's revisions to settlement documents. | 0.50 | 200.00 |
| 4/29/2011 | TAZ | Telephone conference with advertising agency regarding publication of summary notice in Chicago Tribune. | 0.25 | 125.00 |
| | TAZ | Telephone conference with defendant's attorney regarding publication of summary notice in Chicago Tribune. | 0.25 | 125.00 |
| | TAZ | Draft e-mail to advertising agency, and send summary notice to them. | 0.25 | 125.00 |
| | TAZ | Revise settlement papers to reflect correct edition of Chicago Tribune. | 0.25 | 125.00 |
| | TAZ | Draft e-mail to defendant's attorney, and send signature pages and revised settlement documents to him. | 0.25 | 125.00 |
| | TAZ | Draft and review e-mails to and from clients regarding settlement papers. | 0.25 | 125.00 |
| | TAZ | Draft and review e-mails to and from defendant's attorney regarding extension of time. | 0.25 | 125.00 |
| | TAZ | Review Court Order. | 0.25 | 125.00 |
| | AMT | Review executed settlement documents. | 0.25 | 100.00 |
| 5/2/2011 | TAZ | Draft and review e-mails to and from class notice advertiser regarding class notice. | 0.25 | 125.00 |
| | TAZ | Send class notice cost information to defendant's counsel. | 0.25 | 125.00 |
| | TAZ | Revise judgment. | 0.25 | 125.00 |
| | TAZ | Send revised judgment to defendant's attorney. | 0.25 | 125.00 |
| 5/3/2011 | TAZ | Draft e-mail to advertiser regarding class notice. | 0.25 | 125.00 |
| | TAZ | Research Class Action Fairness Act. | 0.75 | 375.00 |
| | TAZ | Revise settlement agreement regarding CAFA notice. | 0.25 | 125.00 |
| | TAZ | Draft e-mail to defendant's counsel, and send revised settlement agreement to him. | 0.25 | 125.00 |
| 5/4/2011 | TAZ | Review e-mail from defendant's attorney regarding settlement papers. | 0.25 | 125.00 |
| 5/5/2011 | AMT | Multiple telephone conferences with defendant's counsel regarding settlement documents. | 0.25 | 100.00 |

Panino's FACTA Class Action — Page 11

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/6/2011 | TAZ | Draft and review e-mails to and from defendant's attorney regarding settlement documents. | 0.25 | 125.00 |
| | TAZ | Revise settlement documents to incorporate final revisions. | 0.25 | 125.00 |
| | TAZ | Send revised settlement documents to defendant's attorney. | 0.25 | 125.00 |
| | TAZ | Review and analyze motion for preliminary approval of settlement that was filed with the Court along with exhibits. | 0.25 | 125.00 |
| | AMT | Multiple telephone conferences with defendant's counsel regarding settlement documents. | 0.25 | 100.00 |
| | AMT | Draft and review multiple e-mails to and fro defendant's counsel. | 0.50 | 200.00 |
| | AMT | Legal research regarding CAFA requirements. | 0.25 | 100.00 |
| | AMT | Draft settlement agreement. | 0.50 | 200.00 |
| 5/9/2011 | TAZ | Review notice of motion filed by defendant. | 0.25 | 125.00 |
| | TAZ | Electronically file memorandum in support motion for preliminary approval, and proffered final judgment. | 0.25 | 125.00 |
| | TAZ | Draft letter to judge, and deliver courtesy copy of memorandum of law and final judgment to her. | 0.50 | 250.00 |
| | AMT | Draft e-mail to defendant's counsel regarding motion for preliminary approval. | 0.25 | 100.00 |
| | AMT | Telephone conference with defendant's counsel regarding settlement. | 0.25 | 100.00 |
| 5/13/2011 | TAZ | Revise settlement timeline. | 0.75 | 375.00 |
| | TAZ | Draft e-mail to defendant's attorney, and send settlement timeline to him. | 0.25 | 125.00 |
| | TAZ | Review court order granting motion for preliminary approval. | 0.25 | 125.00 |
| | TAZ | Draft and review e-mails to and from defendant's attorney regarding class notice. | 0.25 | 125.00 |
| | TAZ | Review and analyze final version of summary notice and order granting preliminary approval. | 0.25 | 125.00 |
| | TAZ | Draft and review e-mails to and from defendant's attorney regarding final version of summary notice and preliminary approval order. | 0.25 | 125.00 |
| | AMT | Prepare for and attend court for preliminary approval. | 1.50 | 600.00 |
| | AMT | Prepare for and appear in court for preliminary approval. | 0.25 | 100.00 |

Panino's FACTA Class Action  Page 12

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 5/13/2011 | AMT | Review Court Order. | 0.25 | 100.00 |
| 5/16/2011 | AMT | Draft and review e-mails to client regarding settlement status. | 0.25 | 100.00 |
|  | TAZ | Review Class notice to be published from advertising agency. | 0.25 | 125.00 |
| 5/18/2011 | TAZ | Review preliminary approval order entered by the Court. | 0.25 | 125.00 |
|  | AMT | Review Court Order. | 0.25 | 100.00 |
| 5/19/2011 | TAZ | Review proposed class notice to be published in the Chicago Tribune. Draft and review e-mails to and from advertiser regarding class notice. | 0.25 | 125.00 |
|  | TAZ | Review Court Order. | 0.25 | 125.00 |
| 5/26/2011 | TAZ | Review affidavit of publication of Class notice from newspaper. | 0.25 | 125.00 |
| 6/13/2011 | TAZ | Review Court Order regarding class action settlement. | 0.25 | 125.00 |
| 8/1/2011 | TAZ | Draft e-mail to defendant's counsel regarding no-opt outs or objections. | 0.25 | 125.00 |
| 8/8/2011 | TAZ | Review and revise motion for final approval. | 0.25 | 125.00 |
|  | TAZ | Review and revise memorandum of law in support of motion for final approval. | 1.25 | 625.00 |
|  | TAZ | Review and revise judgment. | 0.25 | 125.00 |
|  | TAZ | Review and revise final approval order. | 0.25 | 125.00 |
|  | TAZ | Send revised final approval documents to defendant's counsel. | 0.25 | 125.00 |
|  |  | For professional services rendered | 148.25 | $69,848.75 |

Additional Charges :

| Date | Description | Amount |
|---|---|---:|
| 5/14/2010 | Photocopies (Summons, Complaint, Appearances, Civil Cover Sheet, 311 pages at $0.25 per page) | 77.75 |
|  | Clerk of the Circuit Court | 350.00 |
| 6/9/2010 | Audrey Newton (Special process server) | 91.40 |
| 8/27/2010 | Photocopies (motion for class certification and memorandum of law with exhibits, 763 pages at $0.25 per page) | 190.75 |
|  | Photocopies (defendant's answer to written discovery and insurance policies, 287 pages at $0.25 per page) | 71.75 |
| 10/29/2010 | SpeedLine Solutions, Inc. | 40.00 |

Panino's FACTA Class Action  Page 13

| Date | Description | Amount |
|---|---|---|
| 10/29/2010 | TransOne Merchant Services | 40.00 |
| 1/12/2011 | Photocopies (defendant's monthly credit card statements, 573 pages at $0.25 per page) | 143.25 |
| 4/28/2011 | Photocopies (settlement papers, 247 pages at $0.25 per page). | 61.75 |
| | Total costs | $1,066.65 |
| | Total amount of this bill | $70,915.40 |
| | Balance due | $70,915.40 |